UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD L. PARKER (#415234)

VERSUS

MSGT. BARBIE, ET AL.

CIVIL ACTION

NO. 14-0279-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment of defendant Jason Barbier (R. Doc. 23) be granted, dismissing the plaintiff's claims asserted against this defendant, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and that this matter be referred back for further proceedings in connection with the plaintiff's claims asserted against the remaining defendant, Eric Knapps.

Signed in Baton Rouge, Louisiana, on December 15, 2014.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**